JERRY S. BUSBY
Nevada Bar #001107
POOJA KUMAR
Nevada Bar #012988
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
pkumar@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LOUIS LONG, individually;<br><br>Plaintiff,<br><br>v.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., a Foreign Corporation; DOES I through X, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:24-cv-01711-GMN-MDC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**WHEREAS** all Parties and their counsel have agreed upon a full and final settlement of the above-captioned matter:

**IT IS HEREBY STIPULATED AND AGREED** by and between Jerry S. Busby, Esq. and Pooja Kumar, Esq. of the law firm COOPER LEVENSON, P.A. as counsel of record for Defendant SMITH'S FOOD & DRUG CENTERS, INC., and Brian P. Clark, Esq. of the law firm CLARK MCCOURT as counsel of record for Plaintiff LOUIS LONG, as follows:

1. That the claims herein of Plaintiff LOUIS LONG against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own fees and costs; and

//

//

NG-C2N3CBX6 4934-2054-3595.1

2. That there is no trial date set for this case yet inasmuch as the Parties have not reached the point in this litigation to submit proposed dates for same.

**IT IS SO STIPULATED.**

DATED this 29th day of September, 2025.      DATED this 7th day of ~~September~~ October, 2025.

**CLARK MCCOURT**                              **COOPER LEVENSON, P.A.**

/s/ [signature]                                /s/ [signature]

BRIAN P. CLARK, ESQ.                           JERRY S. BUSBY, ESQ.
Nevada Bar No. 4236                            Nevada Bar No. 1107
LUKAS B. MCCOURT, ESQ.                         POOJA KUMAR, ESQ.
Nevada Bar No. 11839                           Nevada Bar No. 12988
7371 Prairie Falcon Road, Suite 120            3016 West Charleston Boulevard, Suite 195
Las Vegas, Nevada 89128                        Las Vegas, Nevada 89102
(702) 474-0065                                 (702) 366-1125
Attorneys for Plaintiff                        Attorneys for Defendant
LOUIS LONG                                     SMITH'S FOOD & DRUG CENTERS, INC.

**ORDER**

**IT IS SO ORDERED.**

Dated this __8__ day of October, 2025.

[signature]

Gloria M. Navarro, District Judge
United States District Court